UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-02964 ODW (ADS)                                               Date: October 1, 2024

Title: *John Beard v. Los Angeles County Sheriffs Department, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):
None Present                                                      None Present

**Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE ADDRESS**

On two occasions mail sent to Plaintiff John Beard's address of record was returned to the Court undeliverable.  (See Dkt. Nos. 8, 10.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  L.R. 41-6.  **Therefore, Plaintiff is ORDERED TO SHOW CAUSE by no later than October 15, 2024, why this action should not be dismissed for failing to comply with the Court's Local Rules.**  The filing of a Notice of Change of Address by October 15, 2024, will discharge this Order to Show Cause.

If Plaintiff no longer desires to pursue the Petition, Plaintiff may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-02964 ODW (ADS)                                    Date:  October 1, 2024

Title:  *John Beard v. Los Angeles County Sheriffs Department, et al.*

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh