UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  2:24-02964 ODW (ADS)          Date:          November 22, 2024

Title:  *John Beard v. Los Angeles County Sheriff's Department, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                    Kristee Hopkins                    |                    None Reported                    |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

At-liberty, pro se Plaintiff John Beard, filed a Civil Rights Complaint under 42 U.S.C. § 1983 (the "Complaint"), proceeding in forma pauperis.  (Dkt. No. 1.)  On October 24, 2024, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than November 21, 2024. (Dkt. No. 13.)  As of the date of this order, the Court has not received a First Amended Complaint.  In an abundance of caution, the Court directs the Clerk of Court to mail a copy of a Blank First Amended Complaint Form to Plaintiff's address of record.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than **December 13, 2024**.  Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-02964 ODW (ADS)          Date:      November 22, 2024

Title:  *John Beard v. Los Angeles County Sheriff's Department, et al.*

      **Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute and failure to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

      **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>