1

2

3

4

5

6

7

8

9

10

11

12                         UNITED STATES DISTRICT COURT

13                        CENTRAL DISTRICT OF CALIFORNIA

14

15   JOHN BEARD,                                Case No. 2:24-02964 ODW (ADS)

16                        Plaintiff,

17               v.                             ORDER ACCEPTING UNITED STATES
                                                MAGISTRATE JUDGE'S REPORT AND
18   LOS ANGELES COUNTY SHERIFF'S               RECOMMENDATION
     DEPT., et al.,
19
                         Defendants.
20

21        Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, (Dkt.

22   No. 1), and the Report and Recommendation of United State Magistrate Judge, (Dkt.

23   No. 23).  No objections were filed, and the time to do so has passed.  The Court accepts

24   the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.      The Report and Recommendation is accepted, (Dkt. No. 23);

2.      The case is dismissed with prejudice; and

3.      Judgment is to be entered accordingly.

DATED:  July 3, 2025

_____
THE HONORABLE OTIS D. WRIGHT II
United States District Judge