JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN BEARD, | Case No. 2:24-02964 ODW (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: July 3, 2025

_____
THE HONORABLE OTIS D. WRIGHT II
United States District Judge